**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Vanessa M Kirby | CHAPTER 13 |
| Eugene C Kirby Jr. | |
| <u>Debtor(s)</u> | BKY. NO. 23-13325 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 and index same on the master mailing list.

Respectfully submitted,

/s/ 
Mark Cronin
13 Nov 2023, 12:08:09, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: f35ff8219fa194079302ccdb51087d095d121d2cff247fca583bec61363f0bae