IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vanessa M Kirby and Eugene C Kirby, Jr<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>23-13325-mdc |
| Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1<br>    Movant.<br>v.<br><br>Vanessa M Kirby and Eugene C Kirby, Jr<br>    Debtors/Respondents,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtors, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                                    Respectfully submitted,

Dated:  November 20, 2023                  BY:*/s/ Christopher A. DeNardo*
                                                      Christopher A. DeNardo 78447
                                                      Heather Riloff - 309906
                                                      Leslie J. Rase, 58365
                                                      LOGS Legal Group LLP
                                                      3600 Horizon Drive, Suite 150
                                                      King of Prussia, PA 19406
                                                      (610) 278-6800
                                                      logsecf@logs.com

LLG File #: 23-069774

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vanessa M Kirby and Eugene C Kirby, Jr<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>23-13325-mdc |
| Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1<br>    Movant.<br>v.<br><br>Vanessa M Kirby and Eugene C Kirby, Jr<br>    Debtors/Respondents,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

    I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 20th day of November, 2023:

Vanessa M Kirby
111 East Berkley Avenue
Clifton Heights, PA 19018

Eugene C Kirby, Jr
111 East Berkley Avenue
Clifton Heights, PA 19018

Jeanne Marie Cella, Esquire, Jeanne Marie Cella and Associates LLC
221 N. Olive Street
Media, PA 19063
paralegal@lawbsc.com - VIA ECF

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com