IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: | Case No. 23-13325 (MDC) |
| VANESSA M. KIRBY | |
| EUGENE C. KIRBY, JR. | Chapter 13 |

**PRAECIPE WITHDRAWING SANTANDER'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Santander's Objection To Confirmation, filed on or about December 13, 2023 in the above-referenced case, number 23 on the docket.

Date: 2/13/24

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N. #200
Cherry Hill, NJ 08034
Phone (856) 330-6200
Attorney for Santander Consumer USA Inc.