IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vanessa M Kirby and Eugene C Kirby, Jr<br>Debtors,<br><br>Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1<br>Movant.<br>v.<br><br>Vanessa M Kirby and Eugene C Kirby, Jr<br>Debtors/Respondents,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-13325-mdc<br><br>CHAPTER 13 |

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

To The Clerk, United States Bankruptcy Court:

Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1's Objection to Confirmation of Chapter 13 Plan filed with the Court on December 20, 2023.

*/s/ Christopher A. DeNardo*

Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vanessa M Kirby and Eugene C Kirby, Jr<br>Debtors,<br><br>Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1<br>Movant.<br>v.<br><br>Vanessa M Kirby and Eugene C Kirby, Jr<br>Debtors/Respondents,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-13325-mdc<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 15th day of February, 2024:

Vanessa M Kirby,
111 East Berkley Avenue
Clifton Heights, PA 19018

Eugene C Kirby, Jr
111 East Berkley Avenue
Clifton Heights, PA 19018

Jeanne Marie Cella, Esquire, Jeanne Marie Cella and Associates LLC
221 N. Olive Street
Media, PA 19063
paralegal@lawbsc.com - VIA ECF

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*

Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com