| Statement of Earnings For: | Vanessa Kirby | | | | | Smart From The Start B |
|---|---|---|---|---|---|---|
| Period Begin | 9/30/2023 | Company Id | P0555 | Employee Number | 0130 | 4 Rockbourne Road |
| Period End | 10/13/2023 | Department | 0300 | Pay Group | BW1 | 2nd Floor |
| Check Date | 10/20/2023 | | | | | Clifton Heights, PA 19018-0000 |
| Federal Filing | Married | Res State PA | | | | PA Exemptions | 0 | PA Additional |
| Fed Exempts | 0 | Work State PA | | | | | |
| Fed Additional | | Local Filing | PSD Code: 231301 | | | Local Exemptions | | Local Additional |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2047427 | $0.00 | $692.50 | $603.46 | |

| EARNINGS | | | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 47.00 | 692.50 | 946.00 | 13,467.50 | SOC SEC EE | 42.93 | 986.76 | | | |
| | 14.0000 | 35.50 | 497.00 | | | MED EE | 10.04 | 230.77 | | | |
| | 17.0000 | 11.50 | 195.50 | | | FEDERAL WH | 12.33 | 357.52 | | | |
| Holiday | | | 0.00 | 32.00 | 448.00 | PA WH | 21.26 | 488.58 | | | |
| Retention Grant | | | 0.00 | | 2,000.00 | PA SUI EE | 0.48 | 11.14 | | | |
| | | | | | | CLIFTON HEIGHTS | 2.00 | 42.00 | | | |
| Total: | | 47.00 | 692.50 | 978.00 | 15,915.50 | Total: | 89.04 | 2,116.77 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####0351 | Deposit Amount: 603.46 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Smart From The Start B
4 Rockbourne Road
2nd Floor
Clifton Heights, PA 19018-0000

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/20/2023 | V2047427 |

| TOTAL NET PAY |
|---|
| ********$603.46 |

Your entire Net pay of $603.46 has been deposited in your bank account(s).

**Vanessa Kirby**
111 East Berkley
Clifton Heights, PA 19018-0000

**NOT NEGOTIABLE**

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.



| Statement of Earnings For: | Vanessa Kirby | | | | | Smart From The Start B |
|---|---|---|---|---|---|---|
| Period Begin | 9/16/2023 | Company Id | P0555 | Employee Number | 0130 | 4 Rockbourne Road |
| Period End | 9/29/2023 | Department | 0300 | Pay Group | BW1 | 2nd Floor |
| Check Date | 10/6/2023 | | | | | Clifton Heights, PA 19018-0000 |
| Federal Filing | Married | Res State | PA | | | PA Exemptions 0    PA Additional |
| Fed Exempts | 0 | Work State | PA | | | |
| Fed Additional | | Local Filing | PSD Code: 231301 | | | Local Exemptions    Local Additional |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V2030090 | $0.00 | $700.00 | $609.39 | |

### EARNINGS  *Not included in Totals   ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Units | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 14.0000 | 50.00 | 700.00 | 899.00 | 12,775.00 |
| Holiday | | | 0.00 | 32.00 | 448.00 |
| Retention Grant | | | 0.00 | | 2,000.00 |
| **Total:** | | 50.00 | 700.00 | 931.00 | 15,223.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 43.40 | 943.83 |
| MED EE | 10.15 | 220.73 |
| FEDERAL WH | 13.08 | 345.19 |
| PA WH | 21.49 | 467.32 |
| PA SUI EE | 0.49 | 10.66 |
| CLIFTON HEIGHTS | 2.00 | 40.00 |
| **Total:** | 90.61 | 2,027.73 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | ####0351 | 609.39 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Smart From The Start B
4 Rockbourne Road
2nd Floor
Clifton Heights, PA 19018-0000

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/6/2023 | V2030090 |

**TOTAL NET PAY**
********$609.39

Your entire Net pay of $609.39 has been deposited in your bank account(s).

**Vanessa Kirby**
111 East Berkley
Clifton Heights, PA 19018-0000

**NOT NEGOTIABLE**

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date: March 20, 2023
BNC#: 23T2204D92685-HA



0003567 00013691    1 AB  0.507  0313M1T2R2PN T51 P7
VANESSA MARIE KIRBY
111 E BERKLEY AVENUE
CLIFTON HEIGHTS PA 19018-2602

We are writing to you about your Social Security benefits.

### What You Should Know

Your Medicare Part A (hospital insurance) starts August 2016 and Part B (medical insurance) starts April 2023.

### What We Will Pay And When

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $1,828.40 for March 2023 around April 19, 2023.
- After that you will receive $1,828.40 on or about the third Wednesday of each month.

### Your Benefits

We will continue to withhold money for voluntary Federal tax withholding as you requested.

We will withhold $137.60 from your benefit for March 2023. Thereafter, we will withhold $137.60 each month.

### Information About Medicare

Your monthly premium for Medicare Part B (medical insurance) is $214.40 beginning April 2023.



C                                    See Next Page