United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 23-13325-mdc
Vanessa M Kirby Chapter 13
Eugene C Kirby, Jr.
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Mar 14, 2024 Form ID: 155 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vanessa M Kirby, Eugene C Kirby, Jr., 111 E Berkley Ave, Clifton Heights, PA 19018-2602 |
| 14827918 | | One Main Financial, 1489 Baltimore Pike, Suite 101, Springfield, PA 19064-3958 |
| 14827920 | + | PECO, 2300 Market Street, Philadelphia, PA 19103-3008 |
| 14838928 | #+ | Santander Consumer USA Inc., c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14832571 | + | The Bank of New York Mellon, c/o Christopher A. DeNardo 78447, 3600 Horizon Drive,, Suite 150, King of Prussia, PA 19406-4702 |
| 14830722 | + | The Bank of New York Mellon, c/o Mark A. Cronin, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14827910 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 00:27:43 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14839089 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2024 00:27:06 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14827912 | + | Email/Text: bankruptcy@credencerm.com | Mar 15 2024 00:13:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 14827913 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 15 2024 00:16:10 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14827914 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 15 2024 00:13:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Phila., PA 19101-7346 |
| 14827915 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 15 2024 00:13:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14827911 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2024 00:27:09 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14834715 | + | Email/Text: RASEBN@raslg.com | Mar 15 2024 00:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14843838 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2024 00:27:46 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14838057 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 15 2024 00:15:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14827916 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 15 2024 00:15:41 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14827917 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2024 00:12:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. |

| | | | | |
|---|---|---|---|---|
| | | | | Box 619098, Dallas, TX 75261-9098 |
| 14827919 | + | Email/PDF: cbp@omf.com | Mar 15 2024 00:27:43 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14844313 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2024 00:27:43 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14833519 | | Email/Text: enotifications@santanderconsumerusa.com | Mar 15 2024 00:13:00 | SANTANDER CONSUMER USA INC., P.O. BOX 560284, Dallas, TX 75356-0284 |
| 14833448 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 15 2024 00:13:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14827921 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 15 2024 00:13:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14830648 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2024 00:28:14 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14845052 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2024 00:12:00 | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW, P.O. Box 619096, Dallas , TX 75261-9096 |
| 14845934 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2024 00:12:00 | THE BANK OF NEW YORK MELLON, at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14845440 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2024 00:12:00 | THE BANK OF NEW YORK MELLON, at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14845268 | | Email/Text: amps@manleydeas.com | Mar 15 2024 00:12:00 | The Bank of New York Mellon, c/o Alyk L. Oflazian, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14827922 | | Syncb/walmart |
| 14838483 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor The Bank of New York Mellon amps@manleydeas.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 logsecf@logs.com |
| JEANNE MARIE CELLA | on behalf of Joint Debtor Eugene C Kirby Jr. paralegal@lawjmc.com, r46298@notify.bestcase.com;pennduke@gmail.com |
| JEANNE MARIE CELLA | on behalf of Debtor Vanessa M Kirby paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 9

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Vanessa M Kirby ) Case No. 23−13325−mdc

Eugene C Kirby Jr. ) Chapter: 13

Debtor(s).

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 14, 2024

For The Court

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court