IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vanessa M Kirby and Eugene C Kirby, Jr<br>　　Debtors, | BANKRUPTCY CASE NUMBER<br>23-13325-pmm |
| Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1<br>　　Movant.<br>v. | CHAPTER 13<br><br>Courtroom # 1 |
| Vanessa M Kirby and Eugene C Kirby, Jr<br>　　Debtors/Respondents,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>　　Additional Respondent. | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

　　Nationstar Mortgage LLC as Servicer for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 has filed a Motion for Relief, with the Court for relief from the automatic stay.

　　1.　　**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

　　2.　　**If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before __September 4, 2024__ **you or your attorney must file a response to the Motion.** (*see instructions on next page*).

　　3.　　**A hearing on the Motion** is scheduled to be held on __September 11, 2024__, at __1:00 PM__, in Courtroom No. 1, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19601.

　　4.　　**If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

　　5.　　You may contact the Bankruptcy Clerk's office for Reading cases at (610) 208-5400 to find out whether the hearing has been cancelled because no one filed a response.

      6.      If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

### Filing Instructions

      7.      **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

      8.      **If you are not required to file electronically,** you must file your response at

United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107

      9.      **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

      10.     On the same day that you file your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road
Suite 514
Wayne, PA 19087
Phone: (610) 278-6800
Fax: (847) 954-4809

Date:  08/02/2024