1 Kirby Stipulation Bankruptcy Case # 23-13325-pmm

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vanessa M Kirby and Eugene C Kirby, Jr<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>23-13325-pmm |
| Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1<br>    Movant.<br>v.<br>Vanessa M Kirby and Eugene C Kirby, Jr<br>    Debtors/Respondents,<br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | CHAPTER 13<br><br>11 U.S.C. § 362 |

**ORDER**

    AND NOW, this \_\_\_7th_____ day of \_\_\_\_October\_\_\_\_\_, 2024, upon consideration of the Stipulation entered between Debtor and Movant, it is hereby ORDERED that the foregoing Stipulation is hereby APPROVED and entered as an ORDER of Court.

BY THE COURT:

*Patricia M. Mayer*
_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE