United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-13325-pmm
Vanessa M Kirby  Chapter 13
Eugene C Kirby, Jr.
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2024 | Form ID: pdf900 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vanessa M Kirby, Eugene C Kirby, Jr., 111 E Berkley Ave, Clifton Heights, PA 19018-2602 |
| 14832571 | + | The Bank of New York Mellon, c/o Christopher A. DeNardo 78447, 3600 Horizon Drive,, Suite 150, King of Prussia, PA 19406-4702 |
| 14830722 | + | The Bank of New York Mellon, c/o Mark A. Cronin, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 07 2024 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 07 2024 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 07 2024 23:55:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14845052 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 07 2024 23:55:00 | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW, P.O. Box 619096, Dallas , TX 75261-9096 |
| 14845934 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 07 2024 23:55:00 | THE BANK OF NEW YORK MELLON, at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14845440 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 07 2024 23:55:00 | THE BANK OF NEW YORK MELLON, at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14845268 | | Email/Text: amps@manleydeas.com | Oct 07 2024 23:55:00 | The Bank of New York Mellon, c/o Alyk L. Oflazian, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 07, 2024 | Form ID: pdf900 | Total Noticed: 10 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2024         Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2024 at the address(es) listed below:

**Name**  **Email Address**

ALYK L OFLAZIAN
on behalf of Creditor The Bank of New York Mellon amps@manleydeas.com

CHRISTOPHER A. DENARDO
on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 logsecf@logs.com

DENISE ELIZABETH CARLON
on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 bkgroup@kmllawgroup.com

JEANNE MARIE CELLA
on behalf of Joint Debtor Eugene C Kirby Jr. paralegal@lawjmc.com, r46298@notify.bestcase.com;pennduke@gmail.com

JEANNE MARIE CELLA
on behalf of Debtor Vanessa M Kirby paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9

1 Kirby Stipulation Bankruptcy Case # 23-13325-pmm

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vanessa M Kirby and Eugene C Kirby, Jr<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>23-13325-pmm |
| Nationstar Mortgage LLC as servicer for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1<br>    Movant.<br>v.<br>Vanessa M Kirby and Eugene C Kirby, Jr<br>    Debtors/Respondents,<br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>    Additional Respondent. | CHAPTER 13<br><br>11 U.S.C. § 362 |

**ORDER**

AND NOW, this __7th__ day of __October__, 2024, upon consideration of the Stipulation entered between Debtor and Movant, it is hereby ORDERED that the foregoing Stipulation is hereby APPROVED and entered as an ORDER of Court.

BY THE COURT:

_/s/ Patricia M. Mayer_
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE