IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: VANESSA M. KIRBY ) | |
|       EUGENE C. KIRBY, JR. ) | CHAPTER 13 |
|       **Debtor(s)** ) | |
| ) | CASE NO. 23-13325 (PMM) |
| SANTANDER CONSUMER USA INC. ) | |
|       **Moving Party** ) | |
| ) | HEARING DATE: **9-26-24 at 11:00 AM** |
|       v. ) | |
| ) | |
| VANESSA M. KIRBY ) | 11 U.S.C. 362 |
| EUGENE C. KIRBY, JR. ) | |
|       **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
|       **Trustee** ) | |
| ) | |

**ORDER APPROVING STIPULATION**

    IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the Motion For Stay Relief, and filed on or about October 9, 2024 in the above matter is APPROVED.

Dated: **October 11, 2024**

BY THE COURT:

_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE