United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13325-pmm |
| Vanessa M Kirby | Chapter 13 |
| Eugene C Kirby, Jr. | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 11, 2024 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vanessa M Kirby, Eugene C Kirby, Jr., 111 E Berkley Ave, Clifton Heights, PA 19018-2602 |
| 14917355 | + | Santander Consumer USA Inc., c/o WILLIAM EDWARD CRAIG, Eisenberg Gold and Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14838928 | #+ | Santander Consumer USA Inc., c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 11 2024 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2024 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14833519 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 11 2024 23:44:00 | SANTANDER CONSUMER USA INC., P.O. BOX 560284, Dallas, TX 75356-0284 |
| 14838483 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 11 2024 23:44:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14827921 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 11 2024 23:44:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 11, 2024 | Form ID: pdf900 | Total Noticed: 8 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2024           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:**

**Name**            **Email Address**

ALYK L OFLAZIAN
on behalf of Creditor The Bank of New York Mellon amps@manleydeas.com

CHRISTOPHER A. DENARDO
on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 logsecf@logs.com

DENISE ELIZABETH CARLON
on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 bkgroup@kmllawgroup.com

JEANNE MARIE CELLA
on behalf of Joint Debtor Eugene C Kirby  Jr. paralegal@lawjmc.com, r46298@notify.bestcase.com;pennduke@gmail.com

JEANNE MARIE CELLA
on behalf of Debtor Vanessa M Kirby paralegal@lawjmc.com  r46298@notify.bestcase.com;pennduke@gmail.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: VANESSA M. KIRBY ) | |
|       EUGENE C. KIRBY, JR. ) | CHAPTER 13 |
|       **Debtor(s)** ) | |
| ) | CASE NO. 23-13325 (PMM) |
| SANTANDER CONSUMER USA INC. ) | |
|       **Moving Party** ) | |
| ) | HEARING DATE: **9-26-24 at 11:00 AM** |
|       v. ) | |
| ) | |
| VANESSA M. KIRBY ) | 11 U.S.C. 362 |
| EUGENE C. KIRBY, JR. ) | |
|       **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
|       **Trustee** ) | |
| ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the Motion For Stay Relief, and filed on or about October 9, 2024 in the above matter is APPROVED.

Dated: **October 11, 2024**

BY THE COURT:

_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE