UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Vanessa & Eugene Kirby

Chapter 13

Case No. (PMM) 23-13325

Debtor[s].

ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 68, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 72) is **approved**.

Date: 11/21/24

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE